1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel:  626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.
7

8              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF CALIFORNIA
9                    FRESNO DIVISION

10 J & J Sports Productions, Inc.,          Case No. 1:14-cv-01578-KJM-BAM

11           Plaintiff,

12           vs.                            REQUEST TO ENTER DEFAULT
13

14 Martin Carrillo Martinez a/k/a Martin
   Martinez Carrilo,
15

16           Defendant.

17     TO:    THE CLERK OF THE ABOVE-ENTITLED COURT:
18

19         Plaintiff, J & J Sports Productions, Inc., hereby requests that the Clerk of the above-entitled

20 Court enter default in this matter against **Martin Carrillo Martinez a/k/a Martin Martinez Carrilo,**

21 **individually and d/b/a La Nayarita Restaurant,** on the grounds that said Defendant has failed to

22 appear or otherwise respond to the Summons and Complaint within the time prescribed by the Federal

23 Rules of Civil Procedure.

   ///
24 ///

25 ///

26 ///

27 ///

28 ///

Said Defendant was served with the Summons and Complaint, evidenced by the Proof of Service on file with this Court.

Dated: February 24, 2015

/s/ Thomas P. Riley

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, CA 91030-3227.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On February 24, 2015, I caused to serve the following documents entitled:

**REQUEST TO ENTER DEFAULT**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Martin Carrillo Martinez a/k/a Martin Martinez Carrilo  (Defendant)
14446 Lyle Street
Sylmar, CA 91342

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day
by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 24, 2015, at South Pasadena, California.

Dated:  February 24, 2015                    /s/ *Vanessa Morales*
                                                             VANESSA MORALES