1
2
3
4
5
6
7

Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Martin Carrillo Martinez a/k/a Martin Martinez Carrilo,<br><br>Defendant. | Case No. 1:14-cv-01578-KJM-BAM<br><br>**AFFIDAVIT OF PLAINTIFF'S COUNSEL IN SUPPORT OF PLAINTIFF'S REQUEST TO ENTER DEFAULT** |

To:  The Clerk of the above-entitled Court:

I, Thomas P. Riley, declare as follows:

1.   I am the attorney for J & J Sports Productions, Inc., in the above-entitled action.

2.   On February 3, 2015, Defendant was served with the Summons and Complaint.

3.   On February 24, 2015, the Proof of Service, evidencing same was filed with the Court.

4.   The Defendant has not appeared in this action and has not responded to the Complaint within the time permitted by law.

5.   Defendant is not an infant, incompetent person, or person in military service or otherwise exempted from default judgment under the Soldiers' and Sailors' Civil Relief Act of 1940.

///

6.      Plaintiff respectfully requests default in its favor.

I declare under the penalty of perjury of the laws of the State of California and the United States of America that the above is true and correct.

Respectfully submitted,

Dated: February 24, 2015          */s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

## <u>PROOF OF SERVICE (SERVICE BY MAIL)</u>

I declare that:


I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, CA 91030-3227.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.


On February 24, 2015, I caused to serve the following documents entitled:


**AFFIDAVIT OF PLAINTIFF'S COUNSEL IN SUPPORT OF PLAINTIFF'S REQUEST TO ENTER DEFAULT**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:


Martin Carrillo Martinez a/k/a Martin Martinez Carrilo  (Defendant)
14446 Lyle Street
Sylmar, CA 91342


The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 24, 2015, at South Pasadena, California.



Dated: February 24, 2015                    */s/ Vanessa Morales*_____
                                                                  VANESSA MORALES