**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., | ) | Case No.: 1:14-cv-01578-KJM-BAM |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| MARTIN CARRILLO MARTINEZ a/k/a MARTIN MARTINEZ CARRILLO, | ) ) ) ) | |
| Defendant. | ) ) ) | |
| | ) ) | |

On March 25, 2015, Plaintiff J&J Sports Production Inc. ("Plaintiff") filed a Motion for Default Judgment. (Doc. 14). On June 29, 2015, Defendant Martin Carrillo Martinez ("Defendant") filed a Motion to Set Aside the Clerk's Entry of Default. (Doc. 18). On August 4, 2015, United States Magistrate Judge Barbara A. McAuliffe issued Findings and Recommendations ("F&Rs") which were served on the parties and contained notice that any objections to the F&Rs were to be filed within fifteen days of service of the Order. (Doc. 22). Well over fifteen days have passed and no objections have been filed.

/////

/////

1

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1.   Defendant's Motion to Set Aside Entry of Default is GRANTED;

2.   The Clerk shall set aside default as to Defendant Martin Carrillo Martinez, individually and dba La Nayarita Restaurant;

3.   Plaintiff's Motion for Default Judgment is DENIED as MOOT; and

4.   The Clerk of Court shall serve this order on Defendant Martin Carrillo Martinez at 14446 Lyle Street, Sylmar, California, 91342.

DATED:  January 6, 2016.

_____
UNITED STATES DISTRICT JUDGE