**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC, <br><br> Plaintiff, <br><br> v. <br><br> MARTIN CARRILLO MARTINEZ, doing business as La Nayarita Restaurant. <br><br> Defendant. | Case No. 1:14-cv-1578-DAD-BAM <br><br> **ORDER DISCHARGING ORDER TO SHOW CAUSE** <br><br> **ORDER DIRECTING CLERK TO AMEND CAPTION** |

On February 17, 2016, the Court issued an order to show cause why the Court should not impose sanctions for Defendant's failure to appear at the scheduling conference and participate in the preparation of a Joint Scheduling Conference Report. (Doc. 33).

On March 7, 2016, Defendant appeared in person at the order to show cause hearing. Defendant explained, through an interpreter he brought with him, that because his phone number is currently incorrect listed on the docket he did not receive communications from Plaintiff. Defendant advised the Court that his correct telephone number is (818) 961-6298.

///

1

1  Having considered Defendant's response, the Court's Order to Show Cause issued on
2  February 17, 2016, is HEREBY DISCHARGED.
3  The Clerk of the Court is FURTHER ORDERED to AMEND the caption to correct
4  Defendant's telephone number to (818) 961-6298.

IT IS SO ORDERED.

    Dated:  **March 10, 2016**         /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE