# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARTIN CARRILLO MARTINEZ a/k/a MARTIN MARTINEZ CARRILLO, <br><br> Defendant. | Case No.: 1:14-cv-1578 DAD-BAM <br><br> ORDER VACATING THE SETTLEMENT CONFERENCE DATE OF OCTOBER 12, 2016 <br><br> **NO APPEARANCE REQUIRED** |

On July 25, 2016, the Court issued an Order Regarding Settlement Conference. That order stated that no later than seven days prior to the settlement conference, each party shall submit a confidential settlement conference statement directly to Judge McAuliffe's chambers. The time for statements has expired and the Court has not received Defendant's confidential settlement conference statement due October 5, 2016. In addition, the statements in Plaintiff's settlement conference statement indicate the case is not the range of settlement. For those reasons, the Court concludes that a settlement conference at this time would be futile. Should the parties determine that a later settlement conference may be fruitful, they may jointly request one in writing or by telephoning Harriet Herman in chambers at (559) 499-5788 to select a mutually agreeable date.

Accordingly, IT IS HEREBY ORDERED that the previously set settlement conference for October 12, 2016, is VACATED, and no party shall appear at that time.

IT IS SO ORDERED.

  Dated:   **October 6, 2016**              /s/ Barbara A. McAuliffe            
                                          UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28