UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | No. 1:14-cv-01578-DAD-BAM |
| Plaintiff, | |
| v. | ORDER VACATING HEARING ON MOTION FOR SUMMARY JUDGMENT |
| MARTIN CARRILLO MARTINEZ, | ORDER TO SHOW CAUSE WHY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT SHOULD NOT BE GRANTED, AND REQUIRING DEFENDANT TO SUBMIT WRITTEN OPPOSITION |
| Defendant. | |
| | ORDER DIRECTING CLERK OF THE COURT TO SERVE THIS ORDER ON DEFENDANT |

On September 19, 2016, plaintiff J & J Sports Productions, Inc. filed a motion for summary judgment on its claim under 47 U.S.C. § 605 and state law claim for conversion. (Doc. No. 43.) On October 17, 2016, defendant Martin Carrillo Martinez, appearing *pro se*, submitted a letter to the court indicating that he must care for his ill mother in Mexico. (Doc. No. 47.) To date, defendant Martinez has not filed an opposition or statement of non-opposition to plaintiff's motion. *See* Local Rule 230(c). In light of defendant's failure to respond to plaintiff's motion for summary judgment, this court vacates the hearing on plaintiff's motion, currently set for

1

November 15, 2016.  *See* Local Rule 230(g).

The court hereby orders defendant Martinez to show cause why plaintiff's motion for summary judgment should not be granted.  Specifically, the court directs defendant Martinez to **file a written response within twenty-eight (28) days of service of this order**.[1]  In his response, defendant Martinez should (1) state why plaintiff's motion (Doc. No. 43) should not be granted, and (2) include any evidence in support of his position that plaintiff's motion should not be granted.  If defendant fails to comply with this order, the court will deem plaintiff's motion submitted on the present record and issue an order addressing plaintiff's motion based solely on the arguments and evidence submitted by plaintiff.

Accordingly,

1. The Clerk of the Court is directed to serve this order, accompanied by a copy of plaintiff's motion for summary judgment (Doc. No. 43), on defendant at his address of record;
2. The November 15, 2016, hearing on defendant's motion for summary judgment is vacated; and
3. Defendant Martinez shall file any response to plaintiff's motion for summary judgment within twenty-eight (28) days of service of this order.

IT IS SO ORDERED.

Dated:  **November 7, 2016**

UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff may, not more than fourteen (14) days after an opposition has been filed, if any, serve and file a reply to defendant's opposition to the motion for summary judgment.