UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | No. 1:14-cv-01578-DAD-BAM |
| Plaintiff, | |
| v. | ORDER DISCHARGING ORDER TO SHOW CAUSE, AND SETTING HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| MARTIN CARRILLO MARTINEZ, | |
| Defendant. | (Doc. No. 48) |

On November 8, 2016, this court ordered defendant Martin Carrillo Martinez to show cause in writing why plaintiff's pending motion for summary judgment should not be granted. (Doc. No. 48.) On November 14, 2016, defendant Martinez, proceeding *pro se* in this matter, filed a written response in opposition to plaintiff's motion for summary judgment. (Doc. No. 49.) On November 21, 2016, plaintiff filed its reply along with objections to defendant's opposition. (Doc. Nos. 50–51.) Subsequently, the parties filed further responses regarding the pending motion. (Doc. Nos. 52–53.) The court therefore discharges the order to show cause.

Furthermore, pursuant to Local Rule 230(g), a hearing on plaintiff's motion for summary judgment (Doc. No. 43) shall be set for **December 20, 2016, at 9:30 a.m. in Courtroom 5** before the undersigned. The parties are encouraged to appear at that hearing telephonically. To do so, it must advise the court by emailing Courtroom Deputy Renee Gaumnitz, at

1

RGaumnitz@caed.uscourts.gov, at least 24 hours before the hearing. The parties may then appear by dialing 877-402-9757 (access code 6966236), at 9:30 a.m. Because the court may be hearing other matters using the same conference line, please wait to state your appearance until your case has been called and appearances are requested. Keep all background noise to a minimum.

Accordingly,

1. The order to show cause (Doc. No. 48) is discharged;
2. A hearing on plaintiff's motion for summary judgment (Doc. No. 43) is set for December 20, 2016, at 9:30 a.m. in Courtroom 5 (DAD) before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **December 6, 2016**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE