## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>        Plaintiff,<br>  v.<br><br>MARTIN CARRILLO MARTINEZ a/k/a MARTIN MARTINEZ CARRILLO,<br><br>        Defendant. | Case No.: 1:14-cv-1578 DAD-BAM<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>**New Date:**   **March 2, 2017**<br>Time:         8:30 a.m.<br>Courtroom:   8(BAM)<br>Judge:       Magistrate Barbara A. McAuliffe |

Having reviewed the Plaintiff's *Ex Parte* Application to Continue the Scheduling Conference, IT IS HEREBY ORDERED that the Scheduling Conference is continued from 2/23/2017 to **<u>Thursday, March 2, 2017 at 8:30 AM in Courtroom 8 before Judge McAuliffe</u>**. A JOINT Proposed <u>Briefing Schedule</u> for Plaintiff's Motion for Damages, Attorneys' Fees, and Costs, shall be electronically filed, one (1) full week prior to the Scheduling Conference, and a copy shall be e-mailed, in Word format, to bamorders@caed.uscourts.gov. Parties wishing to appear telephonically at the scheduling conference may do so by using the following dial-in number and passcode: dial-in number 1-877-411-9748; passcode 3190866.

Plaintiff shall also serve a copy of this Order on the defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

   Dated:   **February 15, 2017**                /s/ *Barbara A. McAuliffe*
                                                         UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2