# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN MARTINEZ CARRILLO, a/k/a MARTIN CARRILLO MARTINEZ.<br><br>　　　　Defendant. | Case No. 1:14-cv-1578-DAD-BAM<br><br>ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR DAMAGES ATTORNEYS' FEES, AND COSTS<br><br>ORDER VACATING SCHEDULING CONFERENCE DATE OF MARCH 2, 2017; NO PARTY SHALL APPEAR<br><br>(Doc. 64) |

On January 6, 2017, the Court granted Plaintiff's Motion for Summary Judgment in part and directed the parties to contact the undersigned for a further scheduling conference. (Doc. 58). In response, on February 22, 2017, Plaintiff filed a "brief" proposing unilateral dates for an anticipated motion for damages, attorneys' fees and costs. (Doc. 64). Along with its proposed briefing schedule, Plaintiff also advised the Court that efforts to procure proposed dates from Defendant for a joint briefing schedule were unsuccessful. (Doc. 61). In light of Defendant's failure to participate, Plaintiff requests that the Court set a briefing schedule for the motion for damages, fees and costs in lieu of conducting a formal scheduling conference. (Docs. 61, 64).

Having reviewed Plaintiff's proposed briefing schedule, Defendant's failure to participate

1

in the joint scheduling report, and the entire file, the Court sets the following briefing schedule for Plaintiff's future proceedings:

1. Plaintiff shall file its Motion for Damages, Attorneys' Fees, and Costs on or before **April 3, 2017.**
2. Defendant shall file his opposition, if any, on or before **April 17, 2017.**
3. Plaintiff shall file its reply, if any, on or before **April 24, 2017.**
4. A hearing will be held on **May 2, 2017, at 9:30 AM, in in Courtroom 5 (DAD) before District Judge Dale A. Drozd**.
5. In light of the Court's briefing schedule, the previously set scheduling conference date of **March 2, 2017 in Courtroom 8 (BAM) is VACATED** and no party shall appear at that time.

IT IS SO ORDERED.

Dated:   **February 27, 2017**             /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE