Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030
Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net
Attorneys for Plaintiff
J & J Sports Productions, Inc.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC, <br><br> Plaintiff, <br><br> vs. <br> MARTIN CARRILLO MARTINEZ, aka <br> MARTIN MARTINEZ CARRILLO, d/b/a LA <br> NAYARITA RESTAURANT, <br><br> Defendant. | Case No.: 1:14-cv-001578 DAD-BAM <br><br> ORDER OF DISMISSAL |

On July 28, 2017, Plaintiff J&J Sports Productions, Inc., filed a Stipulation and Proposed Order for Dismissal of this Entire Action with Prejudice pursuant to Federal Rule of Civil Procedure 41. (Doc. 76). In light of Plaintiff's stipulation for dismissal, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). This Court VACATES all pending dates and matters.

The Clerk of the Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated: **August 3, 2017**          /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE

-1-