UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC, <br><br> Plaintiff, <br><br> v. <br><br> MARTIN CARRILLO MARTINEZ, aka MARTIN MARTINEZ CARRILLO, d/b/a LA NAYARITA RESTAURANT, <br><br> Defendant. | Case No.: 1:14-cv-001578 DAD-BAM <br><br> AMENDED ORDER OF DISMISSAL <br><br> (Doc. 77) |

The order of dismissal entered in this matter on August 3, 2017, is amended to reflect the stipulation of the parties (Doc. 76), that only Plaintiff's claims for Violation of Title 47 U.S.C Section 553 and Violation of California Business and Professions Code Section 17200 are voluntarily dismissed with prejudice. The case shall remain closed.

IT IS SO ORDERED.

Dated: **August 21, 2017**            /s/ Barbara A. McAuliffe
                                 UNITED STATES MAGISTRATE JUDGE

1